E-filing

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: bryan.whittaker@usdoj.gov

Attorneys for the United States

FILED

2007 JUL 27  PM 3: 29

RICHARD W. WIEKING
CLERK, U S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

OSVALDO ZAPATA-CRUZ,
    a/k/a "Valdo,

        Defendant.

No. 07-70447 WDB

NOTICE PURSUANT TO
FED. R. CRIM. P. 5

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

Procedure that on July 27, 2007, the above-named defendant was arrested based upon an arrest

warrant (copy attached) issued upon an

■ Indictment
☐ Information
☐ Criminal Complaint
☐ Other (describe) _____

pending in the Disict of Puerto Rico, Case Number 05-CR-417-PG.

In that case, the defendant is charged with a violation of Title 21, United States Code,

Sections 846 and 841(a)(1), conspiracy to possess with intent to distribute and did distribute

1    narcotics, and Title 18, United States Code, Section 1956(h), conspiracy to commit money

2    laundering.

3    PENALTY:

4    COUNT ONE: 21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Possess With Intent To

5    Distribute And Did Distribute Narcotics, 10 year mandatory minimum, maximum of life

6    imprisonment, $4,000,000 fine, minimum of 5 years of supervised release, and $100 special

7    assessment.

8    COUNT TWO: 18 U.S.C. § 1956(h) – Conspiracy to Launder Money, 0-30 years imprisonment,

9    $1,000,000 fine, 5 years supervised release, $100 special assessment.

10

11   Date: July 27, 2007

     Respectfully Submitted,

12

13                                    SCOTT N. SCHOOLS
                                      UNITED STATES ATTORNEY
14

15
                                      BRYAN WHITTAKER
16                                    Special Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

[2] OSVALDO ZAPATA-CRUZ
a.k.a."Valdo"

**WARRANT FOR ARREST**

CASE NUMBER: 05-417 (P6)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest OSVALDO ZAPATA-CRUZ, a.k.a "Valdo"
and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment ___ Information ___ Complaint ___ Order of Court ___ Violation Notice ___ Probation Violation

charging him or her with (brief description of offense)

knowingly and intentionally, combined, conspired, and agreed with other and with divers other persons to the grand jury known and known, to commit an offense against the United States, to wit, to knowingly and intentionally distribute multi-kilograms quantities of controlled substances, that is to say, in excess of one(1) kilograms of heroin, a Schedule I Narcotic Drug Controlled Substance, in excess of five(5) kilograms of cocaine, a Schedule II Narcotic Drug Controlled Substance, in excess of fifty (50) grams of cocaine base, a Schedule II Narcotic Drug Controlled Substance, as prohibited by Title 21, United States Code, Section 841 (a)(1)

CAMILLE L. VELEZ-RIVE

Name of Issuing Officer

Signature of Issuing Officer

**U.S. MAGISTRATE JUDGE**

Title of Issuing Officer

DEC 1 2005 SAN JUAN, PUERTO RICO

Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

[1] ALFREDO MARTINEZ-FIGUEROA,
　a.k.a. "Freddy";
　(Counts 1 and 3 through 5)
[2] OSVALDO ZAPATA-CRUZ,
　a.k.a. "Valdo";
　(Counts 1 and 3 through 5)
[3] EMILIANO GUZMAN-MADERA,
　a.k.a. "El Burro";
　(Counts 1 and 3 through 5)
[4] PABLO SABATER-TORRES,
　a.k.a. "Pablito";
　(Counts 1 and 3 through 5)
[5] HERIBERTO RODRIGUEZ-ROSA,
　a.k.a."Erick";
　(Counts 1 and 3 through 5)
[6] LUIS A. MENDEZ-COLON,
　a.k.a. "Gusi";
　(Counts 1 and 3 through 5)
[7] IVIRSON MORALES-FEBLES;
　(Counts 1 and 3 through 5)
[8] JOSE A. ORTIZ-NEGRON,
　a.k.a. "Pepe";
　(Counts 1 and 3 through 5)
[9] PEDRO VARGAS-RODRIGUEZ,
　a.k.a. "Pipi";
　(Counts 1 through 5)
[10] ANIANO MIRANDA-BONILLA,
　a.k.a. "Tato El Gordo";
　(Counts 1 and 3 through 5)

I N D I C T M E N T



Criminal No. 05-417 (PG )

RECEIVED
& FILED
DEC - 1 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
HATO REY, P.R.

Violations:

Title 21, United States Code,
Sections 846, 841(a)(1)
(Counts One and Two)

Title 18, United States Code,
Sections 1956(h),
1956(a)(1)(A)(i), 1956(a)(1)(B)(i)
(Count Three)

Title 21, United States Code,
Sections 853, 881
(Count Four)

Title 18, United States Code,
Sections 982
(Count Five)

(FIVE COUNTS)

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 2

[11] LUIS G. TORRES-VELAZQUEZ,
     a.k.a. "Guille";
     (Counts 1 and 3 through 5)
[12] JUAN M. DIAZ,
     a.k.a. "Cholo";
     (Counts 1 and 3 through 5)
[13] WILLIAM IRIZARRY-DEL VALLE,
     a.k.a. "Wilito";
     (Counts 1 and 3 through 5)
[14] ARISTIDES RAMOS-TORRES,
     a.k.a "Harry El Colorao",
     a.k.a. "Harry El Sucio";
     (Counts 1 and 3 through 5)
[15] JAYSON BARRIERA-CAMACHO,
     a.k.a. "Jay";
     (Counts 1 and 3 through 5)
[16] JOSE PEREZ-FIGUEROA;
     (Counts 1 and 3 through 5)
[17] ANTONIO RIVERA-MORALES,
     a.k.a. "Toño";
     (Counts 1 and 3 through 5)
[18] WINSTON MENDEZ-COLON;
     (Counts 1 and 3 through 5)
[19] ANTHONY CAPPAS-OLIVERAS,
     a.k.a. "Tom";
     (Counts 1 and 3 through 5)
[20] FRANCISCO J. RUIZ-
     MALDONADO;
     a.k.a. "Cori";
     (Counts 1 and 3 through 5)
[21] EDWIN ROSA-MARTINEZ,
     a.k.a. "Castor";
     (Counts 1 and 3 through 5)
[22] ISRAEL RAMOS-IRIZARRY;
     (Counts 1 and 3 through 5)
[23] JOSE M. IRIZARRY-TORRES,
     a.k.a. "Manuel";
     (Counts 1 and 3 through 5)

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 3

[24] MARCOS J. RENTAS-CAMACHO,
    a.k.a. "John";
    (Counts 1 and 3 through 5)
[25] ROBERT MENDEZ-COLON;
    (Counts 1 and 3 through 5)
[26] JOSE M. FEBLES,
    a.k.a. "Moreno";
    (Counts 2 through 5)
[27] EDIBERTO RIVERA-DONATE,
    a.k.a. "Bala Blanca",
    a.k.a. "Yeye";
    (Counts 1 and 3 through 5)
[28] JUAN J. GONZALEZ-PEREZ,
    a.k.a. "Juancho";
    (Counts 1 and 3 through 5)
[29] JAVIER VAZQUEZ-HERNANDEZ,
    a.k.a "Burro";
    (Counts 1 and 3 through 5)
[30] EDUARDO RIVERA-MORALES,
    a.k.a. "Tito Kía";
    (Counts 1 and 3 through 5)
[31] JOHN DOE,
    a.k.a. "Felo";
    (Counts 1 and 3 through 5)
[32] RAMON MARTINEZ-COLON,
    a.k.a. "Chichi";
    (Counts 1 and 3 through 5)
[33] ALEXANDER PADILLA-LUGO,
    a.k.a. "Chino";
    (Counts 1 and 3 through 5)
[34] FELIX RAFAEL EGIPCIACO-
    RIVERA,
    a.ka. "Cocolía";
    (Counts 1 and 3 through 5)
[35] FELIX CARLOS EGIPCIACO-
    RIVERA,
    a.ka. "Carli";
    (Counts 1 and 3 through 5)
[36] HECTOR BONILLA-ROSADO,
    a.k.a. "Kiqui";
    (Counts 1 and 3 through 5)

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 4

[37] **JORGE ALEJANDRO COLON-SOLIS,**
   **a.k.a. "Chispa";**
   **(Counts 1 and 3 through 5)**
[38] **ABDIEL VELEZ-SOTOMAYOR;**
   **(Counts 1 and 3 through 5)**
[39] **JOEL ALVARADO-VEGA,**
   **a.k.a. "Vieja";**
   **(Counts 1 and 3 through 5)**
[40] **LUIS CORNIER-BARRIERA;**
   **(Counts 1 and 3 through 5)**
[41] **MIGUEL A. DIAZ-RIVERA,**
   **a.k.a. "Bolo";**
   **(Counts 1 and 3 through 5)**
[42] **LUIS VIERA-PAGAN;**
   **(Counts 1 and 3 through 5)**

THE GRAND JURY CHARGES:

## COUNT ONE
**(Conspiracy to possess with intent to distribute and did distribute narcotics)**
**(21 U.S.C. §§846 and 841(a)(1))**

Beginning on a date unknown, but no later than in or about 1998, and ending on a

date unknown, but not earlier than in or about December 2005, in the District of Puerto

Rico and elsewhere, and within the jurisdiction of this Court,

[1] **ALFREDO MARTINEZ-FIGUEROA,**
   **a.k.a. "Freddy";**
[2] **OSVALDO ZAPATA-CRUZ,**
   **a.k.a. "Valdo";**
[3] **EMILIANO GUZMAN-MADERA,**
   **a.k.a. "El Burro";**
[4] **PABLO SABATER-TORRES,**
   **a.k.a. "Pablito";**
[5] **HERIBERTO RODRIGUEZ-ROSA,**
   **a.k.a."Erick";**
[6] **LUIS A. MENDEZ-COLON,**
   **a.k.a. "Gusi";**

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 5

[7] IVIRSON MORALES-FEBLES;
[8] JOSE A. ORTIZ-NEGRON,
    a.k.a. "Pepe";
[9] PEDRO VARGAS-RODRIGUEZ,
    a.k.a. "Pipi";
[10] ANIANO MIRANDA-BONILLA,
    a.k.a. "Tato El Gordo";
[11] LUIS G. TORRES-VELAZQUEZ,
    a.k.a. "Guille";
[12] JUAN M. DIAZ,
    a.k.a. "Cholo";
[13] WILLIAM IRIZARRY-DEL VALLE,
    a.k.a. "Wilito";
[14] ARISTIDES RAMOS-TORRES,
    a.k.a "Harry El Colorao",
    a.k.a. "Harry El Sucio";
[15] JAYSON BARRIERA-CAMACHO,
    a.k.a. "Jay";
[16] JOSE PEREZ-FIGUEROA;
[17] ANTONIO RIVERA-MORALES,
    a.k.a. "Toño";
[18] WINSTON MENDEZ-COLON;
[19] ANTHONY CAPPAS-OLIVERAS,
    a.k.a. "Tom";
[20] FRANCISCO J. RUIZ-
    MALDONADO;
    a.k.a. "Cori";
[21] EDWIN ROSA-MARTINEZ,
    a.k.a. "Castor";
[22] ISRAEL RAMOS-IRIZARRY;
[23] JOSE M. IRIZARRY-TORRES,
    a.k.a. "Manuel";
[24] MARCOS J. RENTAS-CAMACHO,
    a.k.a. "John";
[25] ROBERT MENDEZ-COLON;
[27] EDIBERTO RIVERA-DONATE,
    a.k.a. "Bala Blanca",
    a.k.a. "Yeye";
[28] JUAN J. GONZALEZ-PEREZ,
    a.k.a. "Juancho";

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 6

    [29] JAVIER VAZQUEZ-HERNANDEZ,
      a.k.a "Burro";
    [30] EDUARDO RIVERA-MORALES,
      a.k.a. "Tito Kía";
    [31] JOHN DOE,
      a.k.a. "Felo";
    [32] RAMON MARTINEZ-COLON,
      a.k.a. "Chichi";
    [33] ALEXANDER PADILLA-LUGO,
      a.k.a. "Chino";
    [34] FELIX RAFAEL EGIPCIACO-RIVERA,
      a.k.a. "Cocolía";
    [35] FELIX CARLOS EGIPCIACO-RIVERA,
      a.k.a. "Carli";
    [36] HECTOR BONILLA-ROSADO,
      a.k.a. "Kiqui";
    [37] JORGE ALEJANDRO COLON-SOLIS,
      a.k.a. "Chispa";
    [38] ABDIEL VELEZ-SOTOMAYOR;
    [39] JOEL ALVARADO-VEGA,
      a.k.a. "Vieja";
    [40] LUIS CORNIER-BARRIERA;
    [41] MIGUEL A. DIAZ-RIVERA,
      a.k.a. "Bolo";
    [42] LUIS VIERA-PAGAN;

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with

each other and with diverse other persons known and unknown to the Grand Jury, to

commit an offense against the United States, to wit, to knowingly and intentionally

distribute multi-kilogram quantities of controlled substances, that is, in excess of one (1)

kilogram of heroin, a Schedule I, Narcotic Drug Controlled Substance; in excess of five (5)

kilograms of cocaine, a Schedule II, Narcotic Drug Controlled Substance; in excess of fifty

(50) grams of cocaine base, a Schedule II, Narcotic Drug Controlled Substance; and in

excess of one hundred (100) kilograms of marihuana, a Schedule I, Narcotic Drug

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 7

Controlled Substance, as prohibited by Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## I.  OBJECT OF THE CONSPIRACY

The object of the conspiracy was to distribute heroin, cocaine, cocaine base (also

known as "crack" cocaine), and marihuana at La Ferrán Ward, Nueva Atenas and Méndez

Vigo streets, Arístides Chavier Public Housing Project, and Ponce Public Housing Project

located in Ponce, Puerto Rico, for significant financial gain and profit.

## II.  MANNER AND MEANS USED TO ACCOMPLISH THE CONSPIRACY

The manner and means by which the co-defendants and co-conspirators would

further and accomplish the objects of the conspiracy included among others the following:

1.      They would purchase multi-kilogram quantities of heroin, cocaine, cocaine

base, and marihuana at wholesale prices for subsequent sale at La Ferrán Ward, Nueva

Atenas and Méndez Vigo streets, Arístides Chavier Public Housing Project, and Ponce

Public Housing Project located in Ponce, Puerto Rico.

2.      They would cook part of the cocaine purchased and create cocaine base,

which was also packaged in small packages for subsequent sale at the above mentioned

wards, streets, and public housing projects in Ponce, Puerto Rico.

3.      They would use residences and other locations to store, prepare, and

package the heroin, cocaine, cocaine base, and marihuana.

4.      They would further use residences and other locations to conceal the drug

trafficking proceeds in cash and firearms.

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 8

5.    They would purchase and possess firearms to protect themselves and their control over the above mentioned drug points from others competing drug trafficking organizations.

6.    They would kill members of other competing drug trafficking organizations to maintain and further their control over drug points.

7.    They would purchase, store, and possess radios and scanners to conduct surveillance of law enforcement personnel and/or intercept their communications.

8.    They would purchase real estate properties and place them in the name of third parties to conceal the ownership and origin of the same from law enforcement.

### III.  ROLES OF THE MEMBERS OF THE CONSPIRACY

A.    Leaders

1.    Defendant **[1] ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie,"** was the leader and organizer of this drug-trafficking organization. He did lead, organize, control, enforce through the use of violence, and supervise the sales of heroin, cocaine, cocaine base, and marihuana at the drug point located at the La Ferrán Ward in Ponce, Puerto Rico. He supplied narcotics to drug points located at Nueva Atenas and Méndez Vigo streets, Arístides Chavier Public Housing Project, and Ponce Public Housing Project located in Ponce, Puerto Rico. He did direct and supervise numerous subordinates whose principal tasks were to: (a) supply sellers with the drugs to be sold and collect the cash proceeds derived from their sale at the drug points; (b) package drugs for subsequent sale at the drug points; (c) provide protection to both himself and the illegal narcotics being sold

at the drug points and the cash proceeds of the sales; (d) accompany him to purchase kilograms of narcotics in Ponce and San Juan, Puerto Rico, and other locations for further distribution at the drug points; and (e) conceal drugs, drug proceeds in cash, and firearms at their residences.

2.    At diverse times during the span of the conspiracy, co-defendants **[3] EMILIANO GUZMAN-MADERA, a.k.a. "El Burro"**, and **[10] ANIANO MIRANDA-BONILLA, a.k.a. "Tato El Gordo"**, were the owners of the cocaine sold at the drug point in La Ferrán Ward located in Ponce, Puerto Rico.    Co-defendant **[1] ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie"**, supplied the cocaine sold. Co-defendants **[3] EMILIANO GUZMAN-MADERA, a.k.a. "El Burro"**, and **[10] ANIANO MIRANDA-BONILLA, a.k.a. "Tato El Gordo"**, did direct and supervise numerous subordinates whose principal tasks were to:  (a) supply sellers with the drugs to be sold and collect the cash proceeds derived from their sale at the drug point; (b) package drugs for subsequent sale at the drug point; and (c) provide protection to themselves and the illegal narcotics being sold at the drug point and the proceeds of the sales.

3.    At diverse times during the span of the conspiracy, defendant **[4] PABLO SABATER-TORRES, a.k.a. "Pablito"**, was the owner of the cocaine and heroin sold at the drug point in La Ferrán Ward located in Ponce, Puerto Rico. Co-defendant **[1] ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie"**, supplied the cocaine sold. Defendant **[4] PABLO SABATER-TORRES, a.k.a. "Pablito"**, did direct and supervise numerous subordinates whose principal tasks were to:  (a) supply sellers with the drugs

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 10

to be sold and collect the cash proceeds derived from their sale at the drug point; (b) package drugs for subsequent sale at the drug point; and (c) provide protection to both himself and the illegal narcotics being sold at the drug point and the proceeds of the sales. He further traveled to and from the continental United States with narcotics and drug cash proceeds.

4.    At diverse times during the span of the conspiracy, co-defendants **[5] HERIBERTO RODRIGUEZ-ROSA, a.k.a. "Erick"; [6] LUIS A. MENDEZ-COLON, a.k.a. "Gusi"; [28] JUAN J. GONZALEZ-PEREZ, a.k.a. "Juancho"; [29] JAVIER VAZQUEZ-HERNANDEZ, a.k.a "Burro"; [30] EDUARDO RIVERA-MORALES, a.k.a. "Tito Kía"; and [42] LUIS VIERA-PAGAN** were the owners of the crack cocaine sold at the drug point in La Ferrán Ward located in Ponce, Puerto Rico. Co-defendant **[1] ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie"**, supplied the crack cocaine sold.   Co-defendants **[5] HERIBERTO RODRIGUEZ-ROSA, a.k.a. "Erick"; [6] LUIS A. MENDEZ-COLON, a.k.a. "Gusi"; [28] JUAN J. GONZALEZ-PEREZ, a.k.a. "Juancho"; [29] JAVIER VAZQUEZ-HERNANDEZ, a.k.a "Burro"; [30] EDUARDO RIVERA-MORALES, a.k.a. "Tito Kía"; and [42] LUIS VIERA-PAGAN** did direct and supervise numerous subordinates whose principal tasks were to:  (a) supply sellers with the drugs to be sold and collect the cash proceeds derived from their sale at the drug point; (b) package drugs for subsequent sale at the drug point; and (c) provide protection to themselves and the illegal narcotics being sold at the drug point and the proceeds of the sales.

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 11

5. At diverse times during the conspiracy, co-defendants **[7] IVIRSON MORALES-FEBLES** and **[23] JOSE M. IRIZARRY-TORRES, a.k.a. "Manuel"**, were the owners of the marihuana sold at the drug point in La Ferrán Ward located in Ponce, Puerto Rico. They did direct and supervise numerous subordinates whose principal tasks were to: (a) supply sellers with the drugs to be sold and collect the cash proceeds derived from their sale at the drug point; (b) package drugs for subsequent sale at the drug point; and (c) provide protection to themselves and the illegal narcotics being sold at the drug point and the proceeds of the sales.

6. At diverse times during the span of the conspiracy, co-defendants **[8] JOSE A. ORTIZ-NEGRON, a.k.a. "Pepe"**, **[9] PEDRO VARGAS-RODRIGUEZ, a.k.a. "Pipi"; [11] LUIS G. TORRES-VELAZQUEZ, a.k.a. "Guille"; [12] JUAN M. DIAZ, a.k.a. "Cholo";** and **[15] JAYSON BARRIERA-CAMACHO, a.k.a. "Jay"**, were the owners of the heroin sold at the drug point in La Ferrán Ward located in Ponce, Puerto Rico. Co-defendants **[8] JOSE A. ORTIZ-NEGRON, a.k.a. "Pepe"; [9] PEDRO VARGAS-RODRIGUEZ, a.k.a. "Pipi"; 11] LUIS G. TORRES-VELAZQUEZ, a.k.a. "Guille"; [12] JUAN M. DIAZ, a.k.a. "Cholo";** and **[15] JAYSON BARRIERA-CAMACHO, a.k.a. "Jay"**, did direct and supervise numerous subordinates whose principal tasks were to: (a) supply sellers with the drugs to be sold and collect the cash proceeds derived from their sale at the drug point; (b) package drugs for subsequent sale at the drug point; and (c) provide protection to themselves and the illegal narcotics being sold at the drug point and the proceeds of the sales.

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 12

7. Defendant **[36] HECTOR BONILLA-ROSADO, a.k.a. "Kiquí"**, was

the owner of the heroin sold at the drug point in Arístides Chavier Public Housing Project

located in Ponce, Puerto Rico. Co-defendant **[5] HERIBERTO RODRIGUEZ-ROSA, a.k.a.**

**"Erick"**, supplied the heroin sold. Defendant **[36] HECTOR BONILLA-ROSADO, a.k.a.**

**"Kiquí"**, did direct and supervise numerous subordinates whose principal tasks were to:

(a) supply sellers with the drugs to be sold and collect the cash proceeds derived from their

sale at the drug point; (b) package drugs for subsequent sale at the drug point; and (c)

provide protection to both himself and the illegal narcotics being sold at the drug point and

the proceeds of the sales.

B.    Drug Suppliers and Transporters

1. Co-defendants **[34] FELIX RAFAEL EGIPCIACO-RIVERA, a.k.a. "Cocolía"**,

and **[35] FELIX CARLOS EGIPCIACO-RIVERA, a.k.a. "Carli"**, supplied multi-kilogram

amounts of cocaine to an un-indicted co-conspirator for its later distribution and sale at

retail level at La Ferrán Ward in Ponce, Puerto Rico.

2. Defendant **[2] OSVALDO ZAPATA-CRUZ, a.k.a. "Valdo"**, distributed and

transported multi-kilogram amounts of cocaine, supplied by co-defendant **[1] ALFREDO**

**MARTINEZ-FIGUEROA, a.k.a. "Freddie"**, within Puerto Rico and to the continental United

States.

C.    Runners

1. Defendant **[1] ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie"**, and the

other narcotics owners would recruit runners for their drug trafficking organization. The

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 13

runners would receive packaged narcotics, deliver them to the sellers for sale at the drug

point, and collect the cash proceeds derived from the drug sales at retail level already

completed by the sellers. They would be responsible for keeping a well stocked inventory

of the narcotics sold at the drug points and for supervising the purchase and sales of the

narcotics at the drug points. Among the co-defendants that acted as runners for the drug

points located at La Ferrán Ward, Nueva Atenas and Mendez Vigo Streets, Arístides

Chavier Public Housing Project, and Ponce Public Housing Project located in Ponce,

Puerto Rico, were: **[8] JOSE A. ORTIZ-NEGRON, a.k.a. "Pepe"; [11] LUIS G. TORRES-**

**VELAZQUEZ, a.k.a. "Guille"; [14] ARISTIDES RAMOS-TORRES, a.k.a. "Harry El**

**Colorao", "Harry El Sucio"; [15] JAYSON BARRIERA-CAMACHO, a.k.a. "Jay"; [17]**

**ANTONIO RIVERA-MORALES, a.k.a., "Toño"; [18] WINSTON MENDEZ-COLON; [19]**

**ANTHONY CAPPAS-OLIVERAS, a.k.a. "Tom"; [20] FRANCISCO J. RUIZ-MALDONADO,**

**a.k.a. "Cori"; [21] EDWIN ROSA-MARTINEZ, a.k.a. "Castor"; [22] ISRAEL RAMOS-**

**IRIZARRY; [23] JOSE M. IRIZARRY-TORRES, a.k.a. "Manuel"; [24] MARCOS J.**

**RENTAS-CAMACHO, a.k.a. "John"; [31] JOHN DOE, a.k.a. "Felo"; [32] RAMON**

**MARTINEZ-COLON, a.k.a. "Chichi"; [33] ALEXANDER PADILLA-LUGO, a.k.a.**

**"Chino"; [40] LUIS CORNIER-BARRIERA;** and others.

D. Enforcers

　　1. Defendant **[1] ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie"**, and the

other narcotics owners would recruit enforcers for their drug trafficking organization. The

enforcers would possess, carry, use, and brandish firearms to provide protection to the

leader of the organization as well as to the drug operations of the conspiracy from rival drug trafficking organizations. Among the co-defendants that acted as enforcers for the drug trafficking organization were: **[3] EMILIANO GUZMAN-MADERA, a.k.a. "El Burro"; [5] HERIBERTO RODRIGUEZ-ROSA, a.k.a. "Erick"; [6] LUIS A. MENDEZ-COLON, a.k.a. "Gusi"; [8] JOSE A. ORTIZ-NEGRON, a.k.a. "Pepe"; [9] PEDRO VARGAS-RODRIGUEZ, a.k.a. "Pipi"; [13] WILLIAM IRIZARRY-DEL VALLE, a.k.a. "Wilito"; [14] ARISTIDES RAMOS-TORRES, a.k.a. "Harry El Colorao", a.k.a. "Harry El Sucio"; [15] JAYSON BARRIERA-CAMACHO, a.k.a. "Jay"; [18] WINSTON MENDEZ-COLON; [27] EDIBERTO RIVERA-DONATE, a.k.a. "Bala Blanca", a.k.a, "Yeye"; [28] JUAN J. GONZALEZ-PEREZ, a.k.a. "Juancho"; [29] JAVIER VAZQUEZ-HERNANDEZ, a.k.a. "Burro"; [30] EDUARDO RIVERA-MORALES, a.k.a. "Tito Kia"; [41] MIGUEL A. DIAZ-RIVERA, a.k.a. "Bolo"; [42] LUIS VIERA-PAGAN;** and others.

E.    Drug Processors, Concealers, and Drug Sellers

    1. Defendant **[1] ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie",** and the other narcotics owners would recruit drug processors; concealers of drugs, monies, and/or firearms; and drug sellers for their drug trafficking organization. These co-conspirators concealed the drugs, drug proceeds in cash, and firearms in their residences. They also processed and sold drugs at La Ferrán Ward, Nueva Atenas and Méndez Vigo streets, Arístides Chavier Public Housing Project, and Ponce Public Housing Project located in Ponce, Puerto Rico. Among the co-defendants that acted as drug processors, concealers, and sellers were: **[4] PABLO SABATER-TORRES, a.k.a. "Pablito"; [8] JOSE A. ORTIZ-**

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 15

NEGRON, a.k.a. "Pepe"; [11] LUIS G. TORRES-VELAZQUEZ, a.k.a. "Guille"; [13] WILLIAM IRIZARRY-DEL VALLE, a.k.a. "Wilito"; [14] ARISTIDES RAMOS-TORRES, a.k.a. "Harry El Colorao", a.k.a. "Harry El Sucio"; [15] JAYSON BARRIERA-CAMACHO, a.k.a. "Jay"; [16] JOSE PEREZ-FIGUEROA; [18] WINSTON MENDEZ-COLON; [19] ANTHONY CAPPAS-OLIVERAS, a.k.a. "Tom"; [20] FRANCISCO J. RUIZ-MALDONADO, a.k.a. "Cori"; [21] EDWIN ROSA-MARTINEZ, a.k.a. "Castor"; [23] JOSE M. IRIZARRY-TORRES, a.k.a. "Manuel"; [24] MARCOS J. RENTA-CAMACHO, a.k.a. "John"; [25] ROBERT MENDEZ-COLON; [27] EDIBERTO RIVERA-DONATE, a.k.a. "Bala Blanca", a.k.a. "Yeye"; [33] ALEXANDER PADILLA-LUGO, a.k.a. "Chino"; [37] JORGE ALEJANDRO COLON-SOLIS, a.k.a. "Chispa"; [38] ABDIEL VELEZ-SOTOMAYOR; [39] JOEL ALVARADO-VEGA, a.k.a. "Vieja"; and others.

## IV.     OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of this conspiracy and to effect and accomplish the objects of the same, one or more of the conspirators committed, among others, the following overt acts:

1. On or about August 25, 1998, defendant **[14] ARISTIDES RAMOS-TORRES, a.k.a "Harry El Colorao", a.k.a. "Harry El Sucio",** possessed measurable amounts of cocaine and heroin.

2. On or about December 20, 1998, defendant **[33] ALEXANDER PADILLA-LUGO, a.k.a. "Chino",** possessed measurable amounts of cocaine.

3. On or about January 14, 2000, defendant **[40] LUIS CORNIER-BARRIERA,** possessed a measurable amount of cocaine.

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 16

4. On or about January 14, 2000, defendant **[21] EDWIN ROSA-MARTINEZ, a.k.a.
"Castor"**, possessed measurable amounts of heroin.

5. On or about March 1, 2000, defendant **[11] LUIS G. TORRES-VELAZQUEZ,
a.k.a. "Guille"**, possessed approximately 34.4 grams of cocaine.

6. On or about June 15, 2000, pursuant to the orders of defendant **[1] ALFREDO
MARTINEZ-FIGUEROA, a.k.a. "Freddie"**, co-defendant **[30] EDUARDO RIVERA-
MORALES, a.k.a. "Tito Kía"**, and an unindicted co-conspirator participated in the killing
of Eduardo Leandri in Ponce, Puerto Rico.

7. On or about July 10, 2000, defendant **[5] HERIBERTO RODRIGUEZ-ROSA,
a.k.a."Erick"**, and others unindicted herein possessed approximately 3.70 grams of heroin
and 294 grams of cocaine.

8. On or about July 13, 2000, defendant **[14] ARISTIDES RAMOS-TORRES, a.k.a
"Harry El Colorao", a.k.a. "Harry El Sucio"**, possessed approximately 43.5 grams of
cocaine.

9. On or about August 3, 2002, defendant **[8] JOSE A. ORTIZ-NEGRON, a.k.a.
"Pepe"**, possessed approximately 1.7 grams of heroin.

10. On or about December 11, 2002, co-defendants **[4] PABLO SABATER-
TORRES, a.k.a. "Pablito"; [19] ANTHONY CAPPAS-OLIVERAS, a.k.a. "Tom"; [20]
FRANCISCO J. RUIZ-MALDONADO, a.k.a. "Cori"**, and others unindicted herein
possessed approximately 2,200 baggies of cocaine and 46 grams of rock cocaine.

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 17

11.  On or about February 17, 2003, defendant **[23] JOSE M. IRIZARRY-TORRES, a.k.a. "Manuel",** possessed measurable amounts of marihuana.

12.  On or about February 26, 2003, co-defendants **[3] EMILIANO GUZMAN-MADERA, a.k.a. "El Burro"; [5] HERIBERTO RODRIGUEZ-ROSA, a.k.a."Erick"; [6] LUIS A. MENDEZ-COLON, a.k.a. "Gusi"; [9] PEDRO VARGAS-RODRIGUEZ, a.k.a. "Pipi"; and [15] JAYSON BARRIERA-CAMACHO, a.k.a. "Jay",** participated in the killing of José R. Sánchez-López, a.k.a. "Cano", in Ponce, Puerto Rico.

13.  On or about April 10, 2003, defendant **[15] JAYSON BARRIERA-CAMACHO, a.k.a. "Jay",** illegally possessed a firearm and one thousand five hundred dollars ($1,500.00) of drug proceeds.

14.  On or about April 8, 2003, defendant **[24] MARCOS J. RENTAS-CAMACHO, a.k.a. "John",** possessed measurable amounts of cocaine,crack cocaine, and a firearm.

15.  On or about May 12, 2003, defendant **[5] HERIBERTO RODRIGUEZ-ROSA, a.k.a."Erick",** illegally possessed a firearm.

16.  On or about September 25, 2003, defendant **[18] WINSTON MENDEZ-COLON,** illegally possessed two (2) nine millimeters magazines.

17.  On or about November 17, 2003, co-defendants **[5] HERIBERTO RODRIGUEZ-ROSA, a.k.a."Erick",** and **[18] WINSTON MENDEZ-COLON** participated in the killing of Alfredo Mercado-Lugo, a.k.a. "Colorao de Tova", in Ponce, Puerto Rico.

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 18

18. On or about January 18, 2004, defendant **[17] ANTONIO RIVERA-MORALES, a.k.a. "Toño",** possessed measurable amounts of crack cocaine, cocaine, marihuana, and nine hundred dollars ($900.00) of drug proceeds.

19. On or about June 17, 2004, pursuant to the orders of defendant **[1] ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie",** co-defendants **[6] LUIS A. MENDEZ-COLON, a.k.a. "Gusi", [8] JOSE A. ORTIZ-NEGRON, a.k.a. "Pepe", [9] PEDRO VARGAS-RODRIGUEZ, a.k.a. "Pipi",** and **[14] ARISTIDES RAMOS-TORRES, a.k.a "Harry El Colorao", a.k.a. "Harry El Sucio",** participated in the killing of Gustavo A. Vargas-Colón in Ponce, Puerto Rico.

20. On or about August 29, 2004, co-defendants **[4] PABLO SABATER-TORRES, a.k.a. "Pablito"; [16] JOSE PEREZ-FIGUEROA; [19] ANTHONY CAPPAS-OLIVERAS, a.k.a. "Tom"; [20] FRANCISCO J. RUIZ-MALDONADO, a.k.a. "Cori",** and others unindicted herein possessed a firearm.

21. On or about November 7, 2004, pursuant to the orders of defendant **[1] ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie",** co-defendants **[5] HERIBERTO RODRIGUEZ-ROSA, a.k.a. "Erick"; [6] LUIS A. MENDEZ-COLON, a.k.a. "Gusi"; [9] PEDRO VARGAS-RODRIGUEZ, a.k.a. "Pipi"; [13] WILLIAM IRIZARRY-DEL VALLE, a.k.a. "Wilito";** and **[15] JAYSON BARRIERA-CAMACHO, a.k.a. "Jay",** participated in the killing of Luis Toro-León in Ponce, Puerto Rico.

22. On or about November 12, 2004, co-defendants **[5] HERIBERTO RODRIGUEZ-ROSA, a.k.a."Erick",** and **[15] JAYSON BARRIERA-CAMACHO, a.k.a. "Jay",**

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 19

participated in the killing of Héctor Negrón-Santiago, a.k.a. "Papo Cambo" and  Steven

Rosario-Laboy, in Ponce, Puerto Rico.

23. On or about January 20, 2005, defendant **[19] ANTHONY CAPPAS-OLIVERAS,**

**a.k.a. "Tom"** possessed approximately33 pounds of marihuana.

24.  On or about January 21, 2005, defendant **[6] LUIS A. MENDEZ-COLON, a.k.a.**

**"Gusi",** illegally possessed a firearm.

25.   On or about January 27, 2005, defendant **[15] JAYSON BARRIERA-**

**CAMACHO, a.k.a. "Jay",** participated in the killing of Emilio Ramos-Siroguza in Ponce,

Puerto Rico.

26.   On or about February 14, 2005, pursuant to the orders of defendant **[1]**

**ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie",** co-defendants **[3] EMILIANO**

**GUZMAN-MADERA, a.k.a. "El Burro"; [5] HERIBERTO RODRIGUEZ-ROSA,**

**a.k.a."Erick"; [6] LUIS A. MENDEZ-COLON, a.k.a. "Gusi"; and [8] JOSE A. ORTIZ-**

**NEGRON, a.k.a. "Pepe",** participated in the attempt to kill Angel Ramos-Negrón, a.k.a.

"Gelo", in Ponce, Puerto Rico.

27. On or about March 13, 2005, defendant **[27] EDIBERTO RIVERA-DONATE,**

**a.k.a. "Bala Blanca", a.k.a. "Yeye",** and an unindicted co-conspirator participated in the

killing of Luis Torres-Acevedo in Ponce, Puerto Rico.

28.  On or about March 18, 2005, co-defendants **[5] HERIBERTO RODRIGUEZ-**

**ROSA, a.k.a."Erick"; [13] WILLIAM IRIZARRY-DEL VALLE, a.k.a. "Wilito"; and [15]**

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 20

JAYSON BARRIERA-CAMACHO, a.k.a. "Jay", participated in the killing of Carlos Guilbe-López, a.k.a. "Pito", and Miguel Rodríguez-Lugo, a.k.a. "Guanga", in Ponce, Puerto Rico.

29.  On or about May 27, 2005, co-defendants **[7] IVIRSON MORALES-FEBLES** and **[23] JOSE M. IRIZARRY-TORRES, a.k.a. "Manuel"**, possessed approximately 454.4 grams of marihuana and drug paraphernalia.

30. On or about March 31, 2005, co-defendants **[28] JUAN J. GONZALEZ-PEREZ, a.k.a. "Juancho"**, and **[29] JAVIER VAZQUEZ-HERNANDEZ, a.k.a "Burro"**, participated in the killing of Ferdinand Díaz-Torres in Ponce, Puerto Rico.

31.  On or about June 5, 2005, defendant **[21] EDWIN ROSA-MARTINEZ, a.k.a. "Castor"**, possessed approximately 15.22 grams of heroin, 67.45 grams of crack cocaine, 17.20 grams of cocaine, and 8.73 grams of marihuana.

32.  On or about September 3, 2005, defendant **[33] ALEXANDER PADILLA-LUGO, a.k.a. "Chino"**, possessed approximately 27 decks of heroin.

33.  On or about September 30, 2005, defendant **[37] JORGE ALEJANDRO COLON-SOLIS, a.k.a. "Chispa"**, illegally possessed ninety-six thousand eight hundred fifty-two dollars ($96,852.00) of drug proceeds.

34.  On or about November 10, 2005, co-defendant **[36] HECTOR BONILLA-ROSADO, a.k.a. "Kiqui"**, possessed approximately 244 decks of heroin, 588 baggies of cocaine, and 270 baggies of crack cocaine.

35.  On or about November 21, 2005, defendant **[38] ABDIEL VELEZ-SOTOMAYOR** possessed measurable amounts of heroin.

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 21

36. On or about November 29, 2005, defendant **[39] JOEL ALVARADO-VEGA, a.k.a. "Vieja",** illegally possessed ammunitions for a pistol as well as for a rifle, and drug paraphernalia.

37. At diverse times during the span of the conspiracy, co-defendants **[28] JUAN J. GONZALEZ-PEREZ, a.k.a. "Juancho", [29] JAVIER VAZQUEZ-HERNANDEZ, a.k.a "Burro", [41] MIGUEL A. DIAZ-RIVERA, a.k.a., "Bolo",** and **[42] LUIS VIERA-PAGAN** participated in shootings against competing drug trafficking organizations.

38. At diverse times during the span of the conspiracy, defendant **[2] OSVALDO ZAPATA-CRUZ, a.k.a. "Valdo",** distributed and transported multi-kilogram amounts of cocaine within Puerto Rico and to the continental United States. Co-defendant **[1] ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie",** supplied him with said cocaine.

39. At diverse times during the span of the conspiracy, co-defendants **[34] FELIX RAFAEL EGIPCIACO-RIVERA, a.k.a. "Cocolía", [35] FELIX CARLOS EGIPCIACO-RIVERA, a.k.a. "Carli",** and others sold at wholesale level multi-kilogram amounts of cocaine to an un-indicted co-conspirator for subsequent distribution at La Ferrán Ward in Ponce, Puerto Rico.

40. At diverse times during the span of the conspiracy, defendant **[10] ANIANO MIRANDA-BONILLA, a.k.a. "Tato El Gordo",** illegally possessed and supplied firearms to co-defendant **[1] ALFREDO MARTINEZ-FIGUEROA, a.k.a. "Freddie",** and other members of his drug trafficking organization.

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 22

41.  At diverse times during the span of the conspiracy, defendant **[12] JUAN M.**
**DIAZ, a.k.a. "Cholo"**, purchased kilograms amounts of heroin in San Juan for its later
distribution at La Ferrán Ward in Ponce, Puerto Rico.

42.  At diverse times during the span of the conspiracy, co-defendants
**[22] ISRAEL RAMOS-IRIZARRY; [25] ROBERT MENDEZ-COLON;** and **[31] JOHN DOE,**
**a.k.a. "Felo"**, stored and processed marihuana for its later sale at retail level at La Ferrán
Ward in Ponce, Puerto Rico.

43.  At diverse times during the span of the conspiracy, co-defendants
**[32] RAMON MARTINEZ-COLON, a.k.a. "Chichi"**, stored and processed heroin, cocaine,
crack cocaine, and marihuana for its later sale at retail level at La Ferrán Ward in Ponce,
Puerto Rico.

Count Three of the Indictment and its contents is realleged and incorporated herein
by reference as if set forth fully and is further designated as an Overt Act in furtherance of
the conspiracy charged in Count One.

All in violation of Title 21, <u>United States Code</u>, Section 846.

## <u>COUNT TWO</u>
**(Conspiracy to possess with the intent to distribute and did distribute narcotics)**
**(21 U.S.C. §§846 and 841(a)(1))**

Beginning on a date unknown, but not later than in or about 2002, and ending on
a date unknown, but not earlier than in or about December 2005, in the District of
Puerto Rico and elsewhere, and within the jurisdiction of this Court,

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 23

### [26] JOSE M. FEBLES, a.k.a. "Moreno",

the defendant herein and others indicted in Count One, did knowingly and intentionally

combine, conspire, and agree with each other and with diverse other persons known

and unknown to the Grand Jury, to commit an offense against the United States, to wit,

to knowingly and intentionally distribute multi-kilogram quantities of controlled

substances, that is, in excess of one (1) kilogram of heroin, a Schedule I, Narcotic Drug

Controlled Substance; in excess of five (5) kilograms of cocaine, a Schedule II, Narcotic

Drug Controlled Substance; in excess of fifty (50) grams of cocaine base, a Schedule II,

Narcotic Drug Controlled Substance; and  in excess of one hundred (100) kilograms of

marihuana, a Schedule I, Narcotic Drug Controlled Substance, as prohibited by Title 21,

United States Code, Section 841(a)(1).  All in violation of Title 21, United States Code,

Section 846.

Count Three of the Indictment and its contents is realleged and incorporated

herein by reference as if set forth fully and is further designated as an Overt Act in

furtherance of the conspiracy charged in Count Two.

### COUNT THREE
### (Conspiracy to commit money laundering)
### (18 U.S.C. §§1956(h), 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i))

Beginning on a date unknown, but not later than in or about 1998, and ending on

a date unknown, but not earlier than in or about December 2005, in the District of

Puerto Rico and elsewhere, and within the jurisdiction of this Court,

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 24

      [1] ALFREDO MARTINEZ-FIGUEROA,
         a.k.a. "Freddy";
      [2] OSVALDO ZAPATA-CRUZ,
         a.k.a. "Valdo";
      [3] EMILIANO GUZMAN-MADERA,
         a.k.a. "El Burro";
      [4] PABLO SABATER-TORRES,
         a.k.a. "Pablito";
      [5] HERIBERTO RODRIGUEZ-ROSA,
         a.k.a."Erick";
      [6] LUIS A. MENDEZ-COLON,
         a.k.a. "Gusi";
      [7] IVIRSON MORALES-FEBLES;
      [8] JOSE A. ORTIZ-NEGRON,
         a.k.a. "Pepe";
      [9] PEDRO VARGAS-RODRIGUEZ,
         a.k.a. "Pipi";
      [10] ANIANO MIRANDA-BONILLA,
         a.k.a. "Tato El Gordo";
      [11] LUIS G. TORRES-VELAZQUEZ,
         a.k.a. "Guille";
      [12] JUAN M. DIAZ,
         a.k.a. "Cholo";
      [13] WILLIAM IRIZARRY-DEL VALLE,
         a.k.a. "Wilito";
      [14] ARISTIDES RAMOS-TORRES,
         a.k.a "Harry El Colorao",
         a.k.a. "Harry El Sucio";
      [15] JAYSON BARRIERA-CAMACHO,
         a.k.a. "Jay";
      [16] JOSE PEREZ-FIGUEROA;
      [17] ANTONIO RIVERA-MORALES,
         a.k.a. "Toño";
      [18] WINSTON MENDEZ-COLON;
      [19] ANTHONY CAPPAS-OLIVERAS,
         a.k.a. "Tom";
      [20] FRANCISCO J. RUIZ-
         MALDONADO,
         a.k.a. "Cori";
      [21] EDWIN ROSA-MARTINEZ,
         a.k.a. "Castor";

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 25

[22] ISRAEL RAMOS-IRIZARRY;
[23] JOSE M. IRIZARRY-TORRES,
    a.k.a. "Manuel";
[24] MARCOS J. RENTAS-CAMACHO,
    a.k.a. "John";
[25] ROBERT MENDEZ-COLON;
[26] JOSE M. FEBLES,
    a.k.a. "Moreno";
[27] EDIBERTO RIVERA-DONATE,
    a.k.a. "Bala Blanca",
    a.k.a. "Yeye";
[28] JUAN J. GONZALEZ-PEREZ,
    a.k.a. "Juancho";
[29] JAVIER VAZQUEZ-HERNANDEZ,
    a.k.a "Burro";
[30] EDUARDO RIVERA-MORALES,
    a.k.a. "Tito Kía";
[31] JOHN DOE,
    a.k.a. "Felo";
[32] RAMON MARTINEZ-COLON,
    a.k.a. "Chichi";
[33] ALEXANDER PADILLA-LUGO,
    a.k.a. "Chino";
[34] FELIX RAFAEL EGIPCIACO-RIVERA,
    a.k.a. "Cocolía";
[35] FELIX CARLOS EGIPCIACO-RIVERA,
    a.k.a. "Carli";
[36] HECTOR BONILLA-ROSADO,
    a.k.a. "Kiqui";
[37] JORGE ALEJANDRO COLON-SOLIS,
    a.k.a. "Chispa";
[38] ABDIEL VELEZ-SOTOMAYOR;
[39] JOEL ALVARADO-VEGA,
    a.k.a. "Vieja";
[40] LUIS CORNIER-BARRIERA;
[41] MIGUEL A. DIAZ-RIVERA,
    a.k.a. "Bolo";
[42] LUIS VIERA-PAGAN;

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 26

the defendants herein, did knowingly and intentionally combine, conspire, confederate,

and agree together and with each other and with diverse persons known and unknown

to the Grand Jury, to commit offenses against the United States in violation of Title 18,

United States Code, Section 1956(a)(1), to wit:

(a) to knowingly conduct and attempt to conduct financial transactions, affecting

interstate commerce which transactions involved the proceeds of specified unlawful

activity, that is, the felonious manufacture, importation, receiving, concealment, buying,

selling and otherwise dealing in controlled substances (as defined in Section 101 of the

Controlled Substances Act), set forth in Title 18, United States Code, Section 1961,

punishable under any law of the United States including Title 21, United States Code,

Sections 841(a)(1) and 846, knowing the transactions were designed in whole and in

part to promote the carrying on of the specified unlawful activity, and that while

conducting and attempting to conduct such financial transactions, knew that the

property involved in the financial transactions represented the proceeds of some form

of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

and

(b) to knowing conduct and attempt to conduct financial transactions affecting

interstate commerce, which transactions involved the proceeds of specified unlawful

activity, that is, the felonious manufacture, importation, receiving, concealment, buying,

selling and otherwise dealing in controlled substances (as defined in Section 10 of the

Controlled Substances Act), set forth in Title 18, United States Code, Section 1961,

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 27

punishable under any law of the United States including Title 21, United States Code,

Sections 841(a)(1) and 846, knowing that the transactions were designed in whole and

in part to conceal and disguise the nature, location, source, ownership, and control of

the proceeds of specified unlawful activity, and that while conducting and attempting to

conduct such financial transactions, knew that the property involved in the financial

transactions represented the proceeds of some form of unlawful activity, in violation of

Title 18, United States Code, Section 1956(a)(1)(B)(i).

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

Counts One and Two of the Indictment and their contents are realleged and

incorporated herein by reference as if set forth fully and are further designated as Overt

Acts in furtherance of the conspiracy charged in Count Three of this Indictment.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

### COUNT FOUR
### (Drug Forfeiture Allegation)
### (21 U.S.C. §§ 853 and 881)

1. Pursuant to Title 21, United States Code, Sections 853 and 881, each defendant

who is convicted of Counts One and Two of this Indictment, as a result of the violations,

incorporated herein by reference, shall forfeit to the United States any and all property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said

violation[s] and any property used, or intended to be used, in any manner or part, to

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 28

commit, or to facilitate the commission of the said violation[s], including but not limited to the following:

a.    A sum of money equal to at least forty million dollars ($40,000,000.00) in United States currency, representing the amount of proceeds obtained as a result of the offenses specified in Counts One and Two of this Indictment.

b.    The following real estate properties:

(1)    ONE URBAN LOT IDENTIFIED AS FINCA #6803 LOCATED IN URBANIZATION BRISAS DEL PRADO, SANTA ISABEL PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

URBANA: Solar marcado con el # 10, del Bloque M de la Urbanización Brisas del Prado radicada en el Barrio Felecia del término municipal de Santa Isabel, Puerto Rico, con una cabida de 415.94 metros cuadrados.

Inscrita en el Tomo 174, Folio 66, Finca # 6803, del Registro de la Propiedad de Guayama, Sección de Santa Isabel, a favor de Kenia S. Ramos Irizarry.

(2)    ONE RURAL LOT IDENTIFIED AS FINCA #7985 LOCATED IN PROYECTO LOS AUSUBOS, BARRIO TALLABOA ALTA, PENUELAS, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Solar identificado con el número 33 del Proyecto Los Ausubos, Bo. Tallaboa Alta, Peñuelas, P.R., con una cabida de 3,006.7985 metros cuadrados.

Inscrita en el Tomo 216, Folio 259, Finca # 7985, del Registro de la Propiedad de Ponce, Sección de Peñuelas, a favor de Alfredo Martínez-Figueroa.

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 29

(3)    ONE RURAL LOT IDENTIFIED AS FINCA #2636 LOCATED IN PONCE, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

Con una cabida de 449.764 metros cuadrados.

Inscrita en el Tomo 1007, Folio 25, Finca # 2636, del Registro de la Propiedad de Ponce, a favor de Alfredo Martínez-Figueroa and Jeannette O'Connor-Colón.

c.    The following accounts:

(1)    Banco Popular bank account in the name of ALFREDO MARTINEZ-FIGUEROA with a balance of one thousand seven hundred twenty-eight dollars ($1,728.00);

(2)    Western Bank bank account in the name of ALFREDO MARTINEZ-FIGUEROA with a balance of thirty thousand dollars ($30,000.00);

(3)    Western Bank bank account in the name of ALFREDO MARTINEZ-FIGUEROA with a balance of three thousand dollars ($3,000.00).

2. Pursuant to Title 21, United States Code, Section 853 (p), as incorporated by Title 18, United States Code, Section 982 (b), each defendant shall forfeit substitute property up to the value of any property described in paragraph 1, if, by any act or omission of the defendant, the property described in paragraph 1, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property, which cannot be divided without difficulty.

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 30

## COUNT FIVE
### (Money Laundering Forfeiture Allegation)
### (18 U.S.C. § 982)

1. Pursuant to Title 18, United States Code, Section 982(a)(1), each defendant who is convicted of one or more of the offenses set forth in Count Three of this Indictment, shall forfeit all right, title, and interest in any and all property involved in each offense in violation of Title 18, United States Code, Section 1956(h), for which the defendant is convicted, and all property traceable to such property, including the following: 1) all money or other property that was the subject of each transaction in violation of Title 18, United States Code, Section 1956(h); and 2) all commissions, fees and other property constituting proceeds obtained as a result of those violations; and 3) all property used in any manner or part to commit or to facilitate the commission of those violations including but not limited to the following property:

a.     A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted.  If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

b.     The following real estate properties:

(1)     ONE URBAN LOT IDENTIFIED AS FINCA #6803 LOCATED IN URBANIZATION BRISAS DEL PRADO, SANTA ISABEL PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 31

URBANA: Solar marcado con el # 10, del Bloque M de la Urbanización Brisas del Prado radicada en el Barrio Felecia del término municipal de Santa Isabel, Puerto Rico, con una cabida de 415.94 metros cuadrados.

Inscrita en el Tomo 174, Folio 66, Finca # 6803, del Registro de la Propiedad de Guayama, Sección de Santa Isabel, a favor de Kenia S. Ramos Irizarry.

(2)    ONE RURAL LOT IDENTIFIED AS FINCA #7985 LOCATED IN PROYECTO LOS AUSUBOS, BARRIO TALLABOA ALTA, PENUELAS, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Solar identificado con el número 33 del Proyecto Los Ausubos, Bo. Tallaboa Alta, Peñuelas, P.R., con una cabida de 3,006.7985 metros cuadrados.

Inscrita en el Tomo 216, Folio 259, Finca # 7985, del Registro de la Propiedad de Ponce, Sección de Peñuelas, a favor de Alfredo Martínez-Figueroa.

(3)    ONE RURAL LOT IDENTIFIED AS FINCA #2636 LOCATED IN PONCE, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

Con una cabida de 449.764 metros cuadrados.

Inscrita en el Tomo 1007, Folio 25, Finca # 2636, del Registro de la Propiedad de Ponce, a favor de Alfredo Martínez-Figueroa and Jeannette O'Connor-Colón.

c.    The following accounts:

(1)    Banco Popular bank account in the name of ALFREDO MARTINEZ-FIGUEROA with a balance of one thousand seven hundred twenty-eight dollars ($1,728.00);

(2)    Western Bank bank account in the name of ALFREDO MARTINEZ-FIGUEROA with a balance of thirty thousand dollars ($30,000.00);

(3)    Western Bank bank account in the name of ALFREDO MARTINEZ-FIGUEROA with a balance of three thousand dollars ($3,000.00).

NDICTMENT
U.S. v. ALFREDO MARTINEZ-FIGUEROA, et. al.,
Page 32

2.      Pursuant to Title 21, United States Code, Section 853(p), as incorporated by

Title 18, United States Code, Section 982(b), each defendant shall forfeit substitute

property, up to the value of the amount described in paragraph 1, if, by any act or omission

of the defendant, the property described in paragraph 1, or any portion thereof, cannot be

located upon the exercise of due diligence; has been transferred, sold to or deposited with

a third party; has been placed beyond the jurisdiction of the court; has been substantially

diminished in value; or has been commingled with other property which cannot be divided

without difficulty.

All in accordance with Title 18, United States Code, Section 982(a)(1) and Rule

32.2(a), Federal Rules of Criminal Procedure.

TRUE BILL

FOREPERSON    12-1-05

H.S. GARCIA
United States Attorney

Sonia I. Torres
Assistant U.S. Attorney
Chief, Criminal Division

Desirée Laborde-Sanfiorenzo
Assistant U. S. Attorney
Deputy Chief, Criminal Division

Dated: December 1, 2005