# FEDERAL PUBLIC DEFENDER

NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 30, 2007

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street,
Oakland, CA 94612

      Re:    United States v. Osvaldo Zapata-Cruz, CR07-70447-WDB
              Request to add matter to calendar on Tuesday, July 31, 2007 at 10:00 a.m.

Your Honor:

      I am writing to request that Mr. Zapata-Cruz's matter be added to the Court's calendar tomorrow, July 31st, at 10:00 a.m.  Following court today I met with Mr. Zapata-Cruz and he let me know that he intends to waive his identity hearing, waive the timing of his detention hearing, and request that the Court order him removed forthwith to Puerto Rico, where his family resides.

      I let the interpreter know informally that this was our intention, as Mr. Zapata-Cruz will need the assistance of a Spanish interpreter at tomorrow's hearing.

      If there are any questions about the above, please contact me at 637-1904.  We appreciate the Court's assistance with this request.

                        Respectfully yours,

                        BARRY J. PORTMAN
                        Federal Public Defender

                        /S/

                        HILARY FOX
                        Assistant Federal Public Defender

cc: Brian Whittaker, SAUSA