AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN **DISTRICT OF** CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER DISTRICT** |
| V. | |
| OSVALDO ZAPATA-CRUZ aka Valdo | |

FILED

JUL 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70447-WDB | 05-CR-417-PG | 4-07-70447-WDB | 05-CR-417-PG |

## CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

[XX] Indictment ☐ Information ☐ Complaint ☐ Other (specify)

**charging a violation of** Title 21 **U.S.C. §** 846 and 841(a)(1) and
Title 18 U.S.C. Sec. 1956(h), 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i)

## DISTRICT OF OFFENSE

United States District Court, District of Puerto Rico, San Juan

## DESCRIPTION OF CHARGES:

Conspiracy to possess with intent to distribute and did distribute narcotics (Ct. 1)
Conspiracy to commit money laundering (Ct. 3)

## CURRENT BOND STATUS:

☐ Bail Fixed at            and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
[XX] Government moved for detention and defendant detained pending detention hearing in District of Offense
[XX] Other (specify) On July 31, 2007, the defendant waived his Identity/Removal Hearing and Detention Hearing in the District of Arrest, reserving his rights to revisit the matter of detention de novo in the District of Offense.

**Representation:** ☐ Retained Own Counsel [XX] Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☐ No [X] Yes   Language: Spanish

NORTHERN **DISTRICT OF** CALIFORNIA, OAKLAND DIVISION

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

7/31/07
_____
Date

_____
United States Judge or Magistrate Judge WAYNE D. BRAZIL

CC: WDB's stats, copy to parties via ECF, 2 certified copies to Marshal, Pretrial

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |