UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court
510.637.3540



August 1, 2007

Office of the Clerk
U.S. District Court, District of Puerto Rico
Clemente Ruiz-Nazario U.S. Courthouse
and Federico Degetau Federal Building
150 Carlos Chardon Street
Hato Rey, P.R.  00918

Case Name:     US-v-Osvaldo Zapata-Cruz
Case Number:   4-04-70447-WDB          District of Puerto Rico #05-CR-417-PG
Charges:       21:846, 21:841(a)(1), 18:1956(h), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant
      to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
certified copy of *AO 94, Commitment to Another District*

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures:
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

05-417-2 (PG)

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk